DAJ/AJR:  USAO 2009R00119

RWT 13 CR 0660

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. |
| | * |
| HENRY LIONEL GARVIN, | * (Possession with Intent to Distribute 100 |
| a/k/a Slick, | * Grams of More of Heroin, 21 U.S.C. |
| | * § 841; Felon in Possession of a Firearm, |
| Defendant | * 18 U.S.C. § 922(g); Possession of a |
| | * Firearm in Furtherance of a Drug |
| | * Trafficking Offense, 18 U.S.C. § 924(c); |
| | * Aiding and Abetting, 18 U.S.C. § 2; |
| | * Forfeiture, 21 U.S.C. § 853, 18 U.S.C. |
| | * § 924(d), 28 U.S.C. § 2461(c)) |
| | * |

*******

## INDICTMENT

### COUNT ONE

On or about November 22, 2013, in the District of Maryland, the defendant,

**HENRY LIONEL GARVIN,**
**a/k/a Slick,**

did knowingly, willfully, and unlawfully possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841
18 U.S.C. § 2

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about November 22, 2013, in the District of Maryland, the defendant,

**HENRY LIONEL GARVIN,**
a/k/a Slick,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, (1) a Saiga .223 Rifle assault rifle, (2) a STAR .45 caliber handgun, (3) a Ruger P89 .9mm handgun, and (4) a Cobra .380 caliber handgun.

18 U.S.C. § 922(g)

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about November 22, 2013, in the District of Maryland, the defendant,

**HENRY LIONEL GARVIN,**
**a/k/a Slick,**

did knowingly possess a firearm -- to wit, (1) a Saiga .223 Rifle assault rifle, (2) a STAR .45 caliber handgun, (3) a Ruger P89 .9mm handgun, and (4) a Cobra .380 caliber handgun -- in furtherance of a drug trafficking offense for which he may be prosecuted in a court of the United States, conspiracy to distribute controlled substances and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841 and 846.

18 U.S.C. § 924(c)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. Proc. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), as a result of the defendant's conviction under Counts One through Three of this Indictment.

### Narcotics Forfeiture

2. As a result of the offense set forth in Count One of the Indictment, the defendant,

**HENRY LIONEL GARVIN,**
**a/k/a Slick,**

shall forfeit to the United States any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

### Firearms Forfeiture

3 As a result of the offenses set forth in Counts Two and Three of this Indictment, the defendant,

**HENRY LIONEL GARVIN,**
**a/k/a Slick,,**

shall forfeit to the United States the firearms identified in Counts Two and Three of the Indictment and involved in this offense.

### Substitute Assets

4. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Dated: December 2, 2013

5