# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. RWT 13-cr-660 |
| **HENRY LIONELL GARVIN** | * | |

## ORDER

The Court having conducted a telephone status conference on April 23, 2014, and the parties having requested that the Court modify certain pretrial deadlines, it is this 23rd day of April, 2014, by the United States District Court for the District of Maryland,

**ORDERED**, that the hearing currently scheduled for May 19, 2014 is hereby **RESCHEDULED** for **September 3, 2014 at 2:00 p.m.**; and it is further

**ORDERED**, that in order to provide time for the Court to consider and decide Defendant's pretrial motions, the time from **May 19, 2014**, through the motions hearing date of **September 3, 2014**, and thereafter until a decision on the motions, is hereby **EXCLUDED** from calculation of the time limits set forth in the Speedy Trial Act, 18 U.S.C. § 3161[1]; and it is further

**ORDERED,** that the Government's deadline to file any opposition to any pretrial motions is **EXTENDED** up to and including **August 1, 2014**; and it is further

**ORDERED**, that the Defendant's deadline to file any reply in support of any pretrial motions is **EXTENDED** up to and including **August 22, 2014**; and it is further

---

[1] By Order dated January 2, 2014, the time from January 2, 2014 to May 19, 2014 was previously excluded from calculation of the time limits set forth in the Speedy Trial Act, 18 U.S.C. § 3161. ECF No. 12.

**ORDERED**, that the Court will hold a further telephone status conference on **July 23, 2014, at 5:15 p.m.**, to be initiated by counsel for the Government.

/s/<br>
ROGER W. TITUS<br>
UNITED STATES DISTRICT JUDGE