**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**                                                                                   6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**                                       GREENBELT, MARYLAND 20770
                                                                                                                      301-344-0052

## M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *United States of America v. Henry Lionell Garvin*
                  Criminal No. RWT-13-0660

DATE:       April 9, 2015

* * * * * * * * *

A telephone status conference is hereby scheduled for **April 15, 2015 at 5:30 p.m.** to be initiated by counsel for the Government.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                           /s/
                                            Roger W. Titus
                                            United States District Judge